UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. C96-5879FDB |
| Plaintiff, ) | |
| v. ) | ORDER APPROVING SALE OF |
| ) | ASSETS OF KODIAK II ASSOCIATES |
| MICHAEL A. McKEAN, ET AL., ) | AND DISTRIBUTION OF SALE |
| ) | PROCEEDS |
| Defendants. ) | |

THIS COURT has reviewed the Receiver's Motion to Approve the Sale of Assets of Kodiak II Associates and all documents submitted in support and in opposition.

The Court finds, concludes, and orders as follows:

1. Proper notice has been given to all interested parties.

2. The Receiver's Motion to Approve Sale of the Assets of Kodiak II is **GRANTED**.

3. The proposed sale is approved because it is in the best interests of the creditors and other interested parties, and because it has been approved by the successor of the partner holding a majority of the partnership interests.

4. The Receiver is authorized to take all reasonable steps to carry out the sale of the assets of Kodiak II Associates, without further order of this Court. These steps include, but are not limited to, the following:

    (a) Execute all documents to carry out the approved sale.

ORDER APPROVING SALE OF ASSETS OF KODIAK II
ASSOCIATES (C96-5579FDB) Page 1

C:\DOCUME~1\SHELGE~1\LOCALS~1\TEMP\NOTES05E4A5\KODIAKSALEORDER.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

    (b)  Pay Kodiak II's share of closing costs of the sale.

    (c)  Pay secured and unsecured creditors of Kodiak II.

  5.  The balance of the proceeds shall be paid to the Receiver's lawyers, Keller Rohrback, and held in the Keller Rohrback trust account pending further order of this Court.

  DATED this 31st day of August, 2009.

_(signature)_

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

KELLER ROHRBACK L.L.P.

By _____
 John Mellen, WSBA #12373
 Attorneys for Receiver

ORDER APPROVING SALE OF ASSETS OF KODIAK II
ASSOCIATES (C96-5579FDB) Page 2

C:\DOCUME~1\SHELGE~1\LOCALS~1\TEMP\NOTES05E4A5\KODIAKSALEORDER.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384